IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIAN BROWN, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-283 |
| ) | |
| ALLEGHENY COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE, et al., ) | |
| Respondents. ) | |

### O R D E R

AND NOW, this 21st day of June 2007, after a petition for a writ of habeas corpus was filed by the petitioner, Julian Brown, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Julian Brown for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied for lack of a viable federal constitutional issue.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge